| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE:      A. KATHLEEN TOMLINSON          DATE:   <u>7-10-2019</u>
             U.S. MAGISTRATE JUDGE           TIME:   <u>10:37 a.m. (2 minutes)</u>

### *Martin v. Designatronics Inc., et al.*
### CV 17-4907 (DRH) (AKT)

TYPE OF CONFERENCE:          **TELEPHONE STATUS CONFERENCE**

APPEARANCES:     Plaintiff:      David Evan Gottlieb

                 Defendants:   Frank W. Brennan

FTR:    10:37-10:39

THE FOLLOWING RULINGS WERE MADE:

     Counsel reported today that their mediation was successful , and this case is now resolved. The attorneys will file the required Stipulation of Discontinuance to Judge Hurley within 30 days.

**SO ORDERED.**

<u>/s/ A. Kathleen Tomlinson</u>
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge